NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GENETIC TECHNOLOGIES LIMITED,**
*Plaintiff-Appellant,*

v.

**MERIAL L.L.C. AND BRISTOL-MYERS SQUIBB COMPANY,**
*Defendants-Appellees.*

---

2015-1202, -1203

---

Appeals from the United States District Court for the District of Delaware in No. 1:12-cv-00396-LPS, Chief Judge Leonard P. Stark.

---

**ON MOTION**

---

**O R D E R**

Genetic Technologies Limited moves for a 30-day extension of time, until April 20, 2015, to file their principal brief. Appellees oppose.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s27